### (March 30, 1973)

■ In the Matter of HARRIS L. KIMBALL.— The *Per Curiam* opinion of this court dated January 8, 1973 [40 A D 2d 252] is hereby amended as follows: In lieu of the reference in the seventh paragraph to "Fla. Stat. Anno. § 800.01" [p. 255], the following is substituted: "Ordinances of City of Orlando, Florida, § 62.40". Hopkins, Acting P. J., Munder and Latham, JJ., concur; Martuscello and Shapiro, JJ., adhere to their dissenting opinion.